359 A.2d 921

COMMONWEALTH

v.

MILTON, Appellant.

Submitted April 12, 1976. John R. Cook, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order affirmed.